## Felony Synopsis

| | |
|---|---|
| **Name:** | Michael A. Liberty |
| **Address:** (City & State Only) | Windermere, Florida |
| **Year of Birth and Age:** | 1960, 56 |
| **Violations:** | COUNT ONE: Making Contributions in the Names of Others. Title 52, United States Code, Sections 30122 and 30109(d)(1)(D)(i) and Title 18, United States Code, Section 2. |
| **Penalties:** | COUNT ONE: Two years in prison, a minimum fine of $67,500 (300%) up to a maximum fine of $250,000 fine, or both. Title 52, United States Code, Sections 30122 and 30109(d)(1)(D) and Title 18, United States Code, Section 3571. |
| **Supervised Release:** | COUNT ONE: 1 year |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | COUNT ONE: 1 year |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | COUNT ONE: 1 year, less any term of imprisonment imposed |
| **Defendant's Attorney:** | Rich Zack; Jay Dubow (Pepper Hamilton) |
| **Primary Investigative Agency and Case Agent Name:** | FBI, Rich Pires |
| **Detention Status:** | N/A |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Donald E. Clark<br>Ryan Ellersick, Criminal Division Trial Attorney |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED

2016 NOV 28 A 11: 38

DEPUTY CLERK

| Corporate Victims Owed Restitution: | No |
|---|---|
| Assessments: | $100 per count. |