# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 2:16-cr-144-DBH |
| | ) | |
| MICHAEL LIBERTY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON MOTIONS FOR CONTINUANCE OF SELF-REPORT DATE AND FOR ORDER RECOMMENDING PLACEMENT

I sentenced the defendant Michael A. Liberty on August 9, 2017, to a prison term of four months and ordered him to self-report by 2 p.m. on September 8, 2017, to the institution designated by the Bureau of Prisons (BOP).

The defendant has now moved to delay his self-report date and has also requested that I recommend to BOP that he serve his sentence in a residential reentry center. The government opposes both requests.

I said all that I had to say regarding the nature of Mr. Liberty's sentence at the sentencing proceeding. I leave it entirely to the Bureau of Prisons how the sentence is implemented. As for the requested delay, I believe that the criminal sentence should take precedence over the civil case discovery and, in any event, I am not persuaded that the schedules for the two necessarily conflict.

The motion and request are **Denied**.

**So Ordered.**

**Dated this 28th day of August, 2017**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**