# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:16-CR-144-DBH |
| | ) |
| MICHAEL LIBERTY, | ) |
| DEFENDANT | ) |

## ORDER ON EMERGENGY MOTION FOR CONTINUANCE OF SELF-REPORT DATE

The defendant's emergency motion for an additional 7-day delay of his self-report date is **GRANTED** over objection. The government may be correct that at this stage post-Irma, there is a safe and feasible way to complete the various stages of the journey from the defendant's home in Orlando to the designated facility in Atlanta by this Friday's 2:00 pm deadline, but I am left uncertain, and my understanding is that the Bureau of Prisons prefers self-reporting on Fridays, which makes a shorter delay problematic. <u>There will be no further extensions.</u>

**SO ORDERED.**

**DATED THIS 12TH DAY OF SEPTEMBER, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**